UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEREMIAH GARY,

                       Petitioner,

      vs                                             9:06-CV-248

SUPERINTENDENT JAMES CONWAY,
Attica Correctional facility,

                       Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

JEREMIAH GARY
Petitioner, Pro Se
03-B-2608
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149

HON. ANDREW M. CUOMO                 LUKE MARTLAND, ESQ.
Attorney General of the                     Asst. Attorney General
  State of New York
Attorney for Respondent
120 Broadway
New York, NY 10271

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Petitioner, Jeremiah Gary, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated April 9, 2007, the Honorable David R. Homer, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  July 16, 2007
Utica, New York.